UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-MJ-38A |
| | ) | |
| WILLIAM MELVIN | | |

---

MOTION TO CONTINE

NOW COMES the defendant, William Melvin, and through counsel, moves this Honorable Court to continue preliminary hearing and bond hearing for a period of two weeks. In support of this motion defendant asserts that he needs the additional time in order to prepare a bail argument. The government, through Assistant United States Attorney Zechariah Chafee indicates no objection to this motion.

Respectfully submitted.

WILLIAM MELVIN
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Zechariah Chafee, AUSA on the 18th day of March, 2008.

/s/ Mary S. McElroy