1461362

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

RECEIVED
U.S. MARSHALS SERVICE
MAR 13 2008
RHODE ISLAND

DISTRICT OF District of Rhode Island

UNITED STATES OF AMERICA

v.

WILLIAM M. MELVIN

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ38A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM M. MELVIN
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

| | |
|---|---|
| LINCOLN D. ALMOND | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 3/12/08 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | JEFFREY A. CADY<br>FBI - Special Agent | [signature] |
| DATE OF ARREST 3/12/08 | | |

This form was electronically produced by Elite Federal Forms, Inc.